UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 AUG 25 AM 9:53

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Manuel PONCE-Garcia, <br><br> Defendant | Magistrate Docket No. <br> '08 MJ 2611 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Section 1326 <br> Deported Alien Found in the <br> United States |

The undersigned complainant, being duly sworn, states:

On or about **August 22, 2008** within the Southern District of California, defendant, **Manuel PONCE-Garcia**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25th** DAY OF **AUGUST, 2008**

_____
William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

DOA
8/22/08
ECL

CONTINUATION OF COMPLAINT:
Manuel PONCE-Garcia

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On August 22, 2008, Border Patrol Agent J. Daniels and the Field Training Unit were performing assigned duties in the Campo, California area of responsibility. Agent Daniels and the Field Training Unit responded to a seismic intrusion device in an area known as "Barron's driveway". This area is approximately 18 miles east of the Tecate, California port of entry and less than 2 miles north of the United States/Mexico international border. Individuals attempting to further their entrance into the United States of America cross this area frequently. Agent Daniels and the Field Training Unit arrived in the general location and observed fresh footprints heading north on a known undocumented alien trail. Agent Daniels and the Field Training Unit followed the footprints northwest when they encountered four individuals attempting to conceal themselves in some brush. Upon encountering the four subjects, Agent Daniels immediately identified himself as a United States Border Patrol Agent and questioned each subject as to their citizenship and immigration status, including one later identified as the defendant **Manuel PONCE-Garcia**. All subjects including the defendant freely admitted to Agent Daniels to being citizens and nationals of Mexico without the proper documents to enter or remain in the United States legally. At approximately 8:00 a.m., all subjects, including the defendant were arrested without incident and transported to the Border Patrol Station in Campo, California for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on July 14, 2003** through **Calexico, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

Executed on August 23, 2008 at 9:00 AM.

Lisa M. Struve
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **August 22, 2008**, in violation of Title 8, United States Code, Section 1326.

Peter C. Lewis
United States Magistrate Judge

8-23-08 @ 10:22 a.m.
Date/Time